```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 11-20051-CIV-MORENO
                        MAGISTRATE JUDGE P.A. WHITE
```

ISHMEAL JONES,                  :

    Plaintiff,              :       REPORT OF MAGISTRATE
                                                       JUDGE
v.                              :

WARDEN ATKINSON,
                                :
    Defendant.              :
_____

    The plaintiff in this <u>pro se</u> prisoner civil rights case failed to either pay the Clerk's $350.00 filing fee, or file a motion to proceed <u>in forma pauperis</u>, and provide the prison account statement required by 28 U.S.C. §1915(a), as amended April 26, 1996.

    Pursuant to 28 U.S.C. §1915(b), as amended April 26, 1996, if a prisoner brings a civil action <u>in forma pauperis</u>, the prisoner must be required to pay the full filing fee of $350.00, which may be paid in installments. If the plaintiff is incapable of even paying the filing fee in installments, an Order Establishing a Debt is entered.

    The plaintiff was ordered to pay the Clerk's filing fee or file a motion to proceed <u>in forma pauperis</u> on or before February 1, 2011.

    The plaintiff's complaint was almost illegible and he was ordered to file an amended complaint on or before February 1, 2011. The plaintiff has filed to comply with the Court's Orders.

The plaintiff was cautioned that failure to timely complete and file the required documents would result in a report recommending that the case be dismissed, if the filing fee of $350.00 had not already been paid.

It appears that the plaintiff desires that this case be closed. The plaintiff has filed nothing further in this case.

It is therefore recommended that this case be dismissed, without prejudice, for lack of prosecution.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated at Miami, Florida, this 9th day of March, 2011.

                                    UNITED STATES MAGISTRATE JUDGE

cc: Ishmeal Jones, Pro Se
    Reg #80070-004
    FCI-Miami
    Address of record