UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  11-20051-CIV-MORENO**

ISHMAEL JONES,

       Plaintiff,

vs.

WARDEN ATKINSON,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate

Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**.  The Magistrate

Judge filed a Report and Recommendation **(D.E. No. 7)** on March 9, 2011.  The Court has reviewed

the entire file and record.  The Court has made a *de novo* review of the Magistrate Judge's Report

and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and

Recommendation **(D.E. No. 7)** on **March 9, 2011** is **AFFIRMED** and **ADOPTED**.  Accordingly,

it is

**ADJUDGED** that:

(1)    this case is DISMISSED without prejudice for failure to prosecute and all pending

motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ⅃⅃ day of March, 2011.

                                FEDERICO A. MORENO
                                CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record